UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Kimberly Woods, ) | Civil Action No. |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| York Risk Services Group and AXIS Insurance Company, ) ) |  |
| ) |  |
| Defendants. ) |  |

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 USC § 1332, § 1441(a) and Rule 81 of the Federal Rules of Civil Procedure, Defendant, AXIS Insurance Company ("AXIS") petitions the Court for removal of the action described below from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, to this Court, and in support thereof, states upon information and belief as follows:

1.  On January 13, 2021, plaintiff Kimberly Woods ("Woods"), filed an Amended Complaint against AXIS and York Risk Services Group ("York"), in the Superior Court, Suffolk County, under civil docket number 2084CV02753 (the "State Court Action").

2.  On March 1, 2021, AXIS was served in the State Court Action through its registered agent. A copy of the pleadings, together with a copy of all process served upon AXIS in the State Court Action, is annexed as **Exhibit A**, as required by 28 USC § 1446(a).

3.  AXIS received a copy of the Amended Complaint on March 3, 2021. This Notice of Removal is therefore timely filed pursuant to 28 USC § 1446(b), because it is filed within 30 days after receipt of the Amended Complaint by AXIS.

4.   Upon information and belief the amount in controversy is in excess of $75,000.00.

5.   At all times relevant, Woods was, and still is, a resident of the City of Boston, County of Suffolk, Commonwealth of Massachusetts.

6.   AXIS is a corporation duly organized and existing under the laws of the State of Illinois, with its principal place of business in the State of Georgia.

7.   Upon information and belief, York is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business located in the State of New Jersey.

8.   This Court has original jurisdiction pursuant to 28 USC §§ 1332, 1441, and 1446 because there is complete diversity between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest.

9.   Venue is proper in this Court pursuant to 28 USC § 101.

10.   Defendant York has consented to the removal of this action. See 28 USC § 1446(b)(2)(A); correspondence from York's counsel attached as **Exhibit B**.

11.   No previous application has been made for the relief requested herein.

12.   Pursuant to 28 USC § 1446(d), a copy of this Notice of Removal is being served upon counsel for Woods, and a copy is also being filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts, County of Suffolk. The Notice of Filing of Notice of Removal is attached as **Exhibit C**.

WHEREFORE, AXIS respectfully requests that the State Court Action be removed to the United States District Court for Massachusetts, and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

Dated:  New York, New York
        March 23, 2021

                                      KENNEDYS CMK LLP

                                      */s/ Joanna L. Young*
                                    Joanna L. Young BBO #651571
                                    570 Lexington Avenue, 8th Floor
                                    New York, New York 10022
                                    joanna.young@kennedyslaw.com
                                    Tel.: (646) 625-3973
                                    Fax.: (212) 832-4920

                                    *Attorneys for Defendant,*
                                    *AXIS Insurance Company*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served upon all counsel of record by electronic case filing (ECF) on March 23, 2021.

                                          */s/ Joanna L. Young*
                                      Joanna L. Young BBO #651571