# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss. | SUPERIOR COURT |

|  |  |
|---|---|
| Kimberly Woods, | Civil Action No.: |
| Plaintiff, | 2084CV02753 |
| v. | **NOTICE OF FILING OF** |
| York Risk Services Group and AXIS Insurance Company, | **NOTICE OF REMOVAL** |
| Defendants. | |

**TO THE CLERK:**

**PLEASE TAKE NOTICE** that the above-captioned action has been removed to the United States District Court for Massachusetts. A copy of the Notice of Removal, filed with the District Court on March 23, 2021 is attached hereto as **Exhibit A** for filing with this Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 USC § 1446(d), the filing of the Notice of Removal with the District Court effects the removal of this action, and this Court shall proceed no further unless and until this action is remanded.

Dated:  New York, New York
        March 23, 2021

KENNEDYS CMK LLP

_____
Joanna L. Young BBO #651571
570 Lexington Avenue, 8th Floor
New York, New York 10022
joanna.young@kennedyslaw.com
Tel.: (646) 625-3973
Fax.: (212) 832-4920

*Attorneys for Defendant,*
*AXIS Insurance Company*